UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 0:07-cv-03527-PAM-JSM |
| | ) | |
| ESTATE OF FRED H. BAME, | ) | |
| | ) | |
| Defendant. | ) | |

## **JUDGMENT**

In accordance with the Stipulation for Entry of Judgment entered by the parties on August 26, 2008,

**IT IS HEREBY ORDERED** that Judgment be entered in favor of the Plaintiff, United States of America, against the Defendant, Estate of Fred H. Bame, for an erroneous refund of 1998 federal income tax in the amount of $583,524.75, plus interest accruing from August 1, 2005, as allowed by 26 U.S.C. § 2602, and all other allowable statutory additions until paid.

**IT IS FURTHER ORDERED** that the Plaintiff is allowed to recover the costs of this action.

Ordered this  27,  day of August, 2008.

s/Paul A. Magnuson
PAUL A. MAGNUSON, JUDGE
UNITED STATES DISTRICT COURT